# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**914**

**CA 10-02510**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, GREEN, AND GORSKI, JJ.

---

JOHN J. WARREN, PLAINTIFF,

                      V                                      ORDER

LAWRENCE ELLIS, III, WILLIAM CARL ELLIS,
CHRISTINE A. KAPAKOS AND LILLIAN D. ELLIS,
AS TRUSTEES UNDER THE WILL OF LAWRENCE R.
ELLIS, JR., DECEASED, DATED DECEMBER 23, 1986,
THE TRUST UNDER THE WILL OF LAWRENCE R.
ELLIS, JR., DATED DECEMBER 23, 1986,
DEFENDANTS-APPELLANTS,
FINGER LAKES BOOK COMPANY AND ALL ABOUT
BOOKS, LLC, DEFENDANTS-RESPONDENTS.

---

LAW OFFICES OF TAYLOR & SANTACROSE, BUFFALO (DESTIN C. SANTACROSE OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

UNDERBERG & KESSLER LLP, BUFFALO (COLIN D. RAMSEY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

    Appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered September 2, 2010 in a personal injury action. The order, inter alia, denied the cross motion of defendants-appellants for summary judgment.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: October 7, 2011                      Patricia L. Morgan
                                             Clerk of the Court